### B. H. SETTLES *v.* W. D. COTTON'S ADMR.

**Exceptions, Bill of—Judgment Will be Affirmed in Absence of Bill.**

> Where there is no bill of exceptions in the record, the Court of Appeals will presume that the judgment was based on sufficient evidence.

APPEAL FROM JEFFERSON CIRCUIT COURT.

June 7, 1872.

OPINION BY JUDGE HARDIN:

Without particularly disposing of other reasons for affirming the judgment, which have been urged by the counsel for the appellee, several of which seem to be sufficient, we must affirm the judgment, because, there being no bill of exceptions in the record, this court cannot know what evidence was heard by the court and must presume, therefore, that the judgment was based on sufficient evidence.

Wherefore the judgment is affirmed.

*Lee & Rodman, for appellant.*

*O. H. Stratton, Bodley & Simrall, for appellee.*